# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **ALLEN LEE GODFREY, SR.,** | ) | CASE NO. 7:14CV00476 |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **COLONEL BOBBY D. RUSSELL, <u>ET</u> <u>AL.</u>,** | ) | By: Norman K. Moon |
| | ) | United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. The clerk **SHALL** add the following defendants to the court's docket, as identified in the complaint: WVRJ, Conmed WVRJ-medical provider, and WVRJ-mental health provider; and **SHALL** correct the spelling of Defendant Wylie's last name on the docket;

2. All claims against the defendants WVRJ, Conmed WVRJ-medical provider, and WVRJ-mental health provider are **DISMISSED** without prejudice under 28 U.S.C. § 1915A(b)(1);

3. The medical defendants' motions to dismiss (docket nos. 54 and 56) are **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983;

4. The nonmedical defendants' motion for summary judgment (docket no. 61) is **GRANTED** as to the plaintiff's § 1983 claims of deliberate indifference to excessive risks that he would be harmed by other inmates;

5. The nonmedical defendants' motion to dismiss (docket no. 58) is **GRANTED** as to all other § 1983 claims;

6. The plaintiff's claims under state law are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and

7. The clerk **SHALL** strike the case from the active docket of the court.

**ENTER**:  This __24th__ day of September, 2015.

                                              */s/ Norman K. Moon*
                                              NORMAN K. MOON
                                              UNITED STATES DISTRICT JUDGE