IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALLEN LEE GODFREY, SR., ) | |
| Plaintiff, ) | Case No. 7:14CV00476 |
| ) | |
| v. ) | MEMORANDUM OPINION |
| ) | |
| COLONEL BOBBY D. RUSSELL, et al., ) | By: Norman K. Moon |
| Defendants. ) | United States District Judge |

Allen Lee Godfrey, Sr., the plaintiff in this closed civil action, has filed a motion seeking an "Injunction/court order for legal copies." Godfrey, who is now incarcerated at River North Correctional Center, complains that officials there are refusing to provide him with photocopies he needs for legal proceedings in other courts, because he is "over their $50.00 copy limit per policy." These officials are not parties to this closed lawsuit, and the actions Godfrey complains of bear no relationship to the claims in this lawsuit. "[A] preliminary injunction may never issue to prevent an injury or harm which not even the moving party contends was caused by the wrong claimed in the underlying action." *Omega World Travel v. TWA*, 111 F.3d 14, 16 (4th Cir. 1997). Accordingly, I must deny Godfrey's motion and will enter a separate order to that effect.

If Godfrey believes that officials at River North have deprived him of constitutionally protected rights related to his litigation efforts, he may pursue a new and separate civil action under 42 U.S.C. § 1983 against such officials, provided that he first complies with exhaustion of administrative remedies and meets financial requirements.

ENTER: This  8th  day of July, 2015.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE