IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALLEN LEE GODFREY, SR., ) | |
| Plaintiff, ) | Case No. 7:14CV00476 |
| ) | |
| v. ) | ORDER |
| ) | |
| COLONEL BOBBY D. RUSSELL, et al., ) | By: Norman K. Moon |
| Defendants. ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that plaintiff's motion (docket no. 123), seeking an "Injunction/court order for legal copies," is **DENIED**.

ENTER: This 8th day of July, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE